SAMUEL DZUBAK, as Administrator of the Estate of GEORGE DZUBAK, Deceased, Respondent, *v.* WEST SIDE FOUNDRY COMPANY, Appellant.

Reported below, 163 App. Div. 121.
(Argued November 9, 1914; decided November 17, 1914.)

MOTION to dismiss an appeal from a judgment, entered July 3, 1914, upon an order of the Appellate Division of

the Supreme Court in the third judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and reinstated said verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff's intestate through the negligence of defendant.

The motion was made upon the ground that the Appellate Division had unanimously decided that there was evidence to support the verdict; that the exceptions were frivolous; that no appeal lay as matter of right, and that permission to appeal had not been obtained.

*John F. Murray* for motion.

*Charles Irving Oliver* opposed.

Motion denied, with ten dollars costs.